## FRAZIER v. STATE.
### No. 23279.

Court of Criminal Appeals of Texas.
Jan. 30, 1946.

A. A. Kern, of Dallas, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of assault with intent to rape, and his punishment assessed at ninety-nine years confinement in the penitentiary.

The record contains neither statement of facts nor bills of exceptions. In such condition nothing is presented for review.

The judgment is affirmed.

Hughes & Monroe, of Dallas, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

Relator was charged by indictment with the unlawful, malicious killing of Mrs. Rose Suger, in one count thereof, and in a further count she is charged with being an accomplice to such killing in that she aided, advised and encouraged one Johnnie Andrew Butler to kill the said Mrs. Rose Suger, and that she promised said Butler a reward in a sum of money, and that she secured and furnished him a pistol for the purpose of assisting him in such killing, etc.

Relator sued out a writ of habeas corpus before the district judge, who, upon a hearing thereon, entered his order denying bail herein, and from this order we have an appeal.

## Ex parte SUGER.
### No. 23340.

Court of Criminal Appeals of Texas.
Feb. 6, 1946.

